UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIMUM RUBEL,

                                        Plaintiff,                    26 Civ. 35 (PAE)

                    -v-
                                                                     ORDER

KRISTI NOEM *et al.*,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

On March 24, 2026, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by **April 14, 2026**. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by **May 5, 2026**, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **April 14, 2026**. Defendants' reply, if any, shall be served by **April 28, 2026**.

---

[1] If defendants file a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 24, 2026
       New York, New York

2