UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIMUM RUBEL,

                              Plaintiff,                    26 Civ. 35 (PAE)

              -v-
                                                   ORDER OF DISMISSAL

KRISTI NOEM *et al.*,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

On January 5, 2026, plaintiff Saimum Rubel filed the complaint in this action. Dkt. 1. On March 23, 2026, defendants moved to dismiss. Dkts. 8–9. On March 24, 2026, the Court issued an amend-or-oppose order, requiring Rubel to file any amended complaint by April 14, 2026, or to serve any opposition to the motion to dismiss by the same. Dkt. 10. Rubel did not do so. On May 12, 2026, the Court issued an order to show cause, directing Rubel to file an amended pleading or opposition, and stating that failure to do so would result in dismissal, without prejudice, for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 11. Rubel has not taken these steps or otherwise taken any action to make any progress in this case since the Court's order to show cause.

Accordingly, under Rule 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

1

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
New York, New York